IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. WAYNE, | |
| Plaintiff, | **8:26CV226** |
| vs. | |
| STATE OF NEBRASKA, ROB JEFFREYS, Director, Nebraska Dept. of Corrections; JERRY LOVELACE, Medical Dir., Nebraska Dept. of Corrections; MICHAEL MEYERS, Warden, Douglas County Dept. of Corrections; WELLPATH HEALTH CARE SERVICES, and WEXFORD HEALTH SOURCES INC., | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion seeking additional time to pay the partial initial filing fee (the "Motion"), Filing No. 12, due by June 26, 2026, as set forth in this Court's prior order, Filing No. 8 (setting the initial partial filing fee as $0.42). While Plaintiff seeks additional time to pay the initial partial filing fee in the Motion, the Court received a $0.42 initial partial filing fee payment from Plaintiff on June 26, 2026. As the initial partial filing fee has already been received, Plaintiff's Motion is denied as moot.

Dated this 1st day of July, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge